**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Alpha Works Technologies, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Geekwise Academy, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1008307** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **700 Van Ness Avenue** <br> **Fresno, CA 93721** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fresno** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **www.bitwiseindustries.com**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Alpha Works Technologies, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5419____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

Debtor   **Alpha Works Technologies, LLC**                              Case number (*if known*)
_____
Name

List all cases. If more than 1,
attach a separate list

Debtor   **See attached Annex A**                    Relationship  _____

District  _____   When  _____   Case number, if known  _____

---

**11.  Why is the case filed in**       *Check all that apply:*
     **this district?**

☐   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**    ☑ No
     **have possession of any**    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**       **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
         Contact name    _____
         Phone           _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of**    .   *Check one:*
     **available funds**

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**   ☐ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
     **creditors**             ☐ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
                               ☑ 100-199           ☐ 10,001-25,000      ☐ More than100,000
                               ☐ 200-999

---

**15.  Estimated Assets**   ☐ $0 - $50,000              ☑ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000        ☑ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor    **Alpha Works Technologies, LLC**                                    Case number (*if known*)
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2023**
               MM / DD / YYYY

**X** **/s/ Ollen Douglass**                              **Ollen Douglass**
Signature of authorized representative of debtor          Printed name

Title    **Interim President**

**18. Signature of attorney**

**X** **/s/ William E. Chipman, Jr.**                     Date **June 28, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 295-0191**          Email address    **chipman@chipmanbrown.com**

**3818 DE**
Bar number and State

## ANNEX 1 – AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition, that have filed voluntary petitions for relief in this Court under chapter 7 of the United States Code, substantially contemporaneously with the filing of this petition.

|  | DEBTOR'S NAME | DEBTOR'S EIN |
|---|---|---|
| 1. | BW Industries Inc. | 84-2292459 |
| 2. | Bitwise Industries, Inc. | 47-1635652 |
| 3. | BWRD, LLC | 82-4789692 |
| 4. | Alpha Works Technologies, LLC | 82-1008307 |
| 5. | Bruce's Bagels, Beverages, and Bites, LLC | 82-5035590 |

00052426.1

**RESOLUTIONS OF THE GOVERNING BODIES OF
BW INDUSTRIES INC.,
BITWISE INDUSTRIES, INC.,
ALPHA WORKS TECHNOLOGIES, LLC,
BWRD, LLC, AND
BRUCE'S BAGELS, BEVERAGES, & BITES, LLC**

**June 28, 2023**

**WHEREAS**, BW Industries Inc., a Delaware corporation ("**BWI**") is the sole stockholder of Bitwise Industries, Inc., a California corporation ("**Bitwise**"), its direct wholly owned subsidiary;

**WHEREAS**, BWI is the sole Member of Alpha Works Technologies, LLC, a California Limited Liability Company ("**Alpha Works**"), and BWRD, LLC, a California Limited Liability Company ("**BWRD**"), and Bruce's Bagels, Beverages, & Bites, LLC, a California Limited Liability Company ("**BBBB**"), its direct wholly owned subsidiaries;

**WHEREAS**, Bitwise is the Manager of Alpha Works, BWRD and BBBB;

**WHEREAS**, the board of directors, or manager, of each of BWI, Bitwise, Alpha Works, BWRD, and BBBB, as applicable (in each case, the "**Governing Body**") of each of BWI, Bitwise, Alpha Works, BWRD, and BBBB (collectively, the "**Companies**" and each such entity, a "**Company**") has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of such each Company regarding the liabilities and liquidity of such Company, including that the Companies do not have sufficient capital to maintain operations and the impact of the foregoing on such Company's businesses;

**WHEREAS**, the Governing Body of each Company has had the opportunity to consult with the management and the legal and financial advisors of such Company to fully consider options available considering that the Companies do not have sufficient capital to maintain operations;

**WHEREAS**, the Governing Body of each Company has reviewed, considered, and received the recommendation of senior management of such Company and the advice of such Company's professionals and advisors with respect to the options available to such Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**");

**WHEREAS**, the undersigned, being the Governing Body of each of the Companies, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, the California General Corporation Law, and the applicable governing documents of each such Company, hereby adopt the following resolutions by written consent;

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the financial state of the Companies and the recommendations of senior management of each of the Companies and the advice of each of the Companies' professionals and advisors, the Governing Body has determined

in its business judgment that it is in the best interest of each of the Companies, their creditors, shareholders, members, and other interested parties, and stakeholders that a voluntary petition be filed by each of the Companies under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (each a "**Bankruptcy Petition**"); and it is

FURTHER RESOLVED, that Ollen Douglass, and any other officer or person designated and so authorized to act (each, an "**Authorized Person**") are, and each hereby is, authorized, empowered and directed, in the name and on behalf of each of the Companies (a) to execute, verify and file on behalf of each of the Companies all documents necessary or appropriate in connection with the filing of each Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with each Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with each Company's Chapter 7 case (the "**Bankruptcy Case**"); (c) appear as necessary at all bankruptcy proceedings on behalf of each Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Chipman Brown Cicero & Cole, LLP as counsel to assist the Companies in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Companies' duties under Chapter 7 of the Bankruptcy Code, and the officers of the Companies are hereby authorized and directed to execute retention agreements and pay retainers prior to the filing of the bankruptcy cases; and it is

FURTHER RESOLVED, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ Stretto, Inc. to assist the Companies in preparing (i) schedules of assets and liabilities; and (ii) statements of financial affairs, necessary for filing for relief under Chapter 7 of the Bankruptcy Code, and the officers of the Companies are hereby authorized and directed to execute retention agreements and pay retainers prior to the filing of the bankruptcy cases; and it is

FURTHER RESOLVED, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Cases, or any further action to seek relief on behalf of each Company under Chapter 7 of the Bankruptcy Code, or in connection with the Bankruptcy Cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of such Company; and it is

FURTHER RESOLVED, that the acts, actions and transactions heretofore taken by the officers of each Company or the Directors of each Company in the name of and on behalf of each Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of BW Industries Inc., have executed this written consent as of the date first set forth above.

DocuSigned by:

*Mitchell D. kapor*

71A177D1E32545F...

Name: Mitchell D. Kapor

_____

Name: Paula Pretlow

_____

Name:  Ollen Douglass

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of BW Industries Inc., have executed this written consent as of the date first set forth above.

_____

Name: Mitchell D. Kapor


_____

Name: Paula Pretlow

_Ollen Douglass_

Name:  Ollen Douglass

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of BW Industries Inc., have executed this written consent as of the date first set forth above.

_____

Name: Mitchell D. Kapor

DocuSigned by:

*Paula B. Pretlow*

414F5BB5DA15411...

Name: Paula Pretlow

_____

Name:  Ollen Douglass

DocuSign Envelope ID: CC316091-4704-4058-A6CA-9BB2914AA8A8

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of Bitwise Industries, Inc., have executed this written consent as of the date first set forth above.

_Mitchell D. Kapor_
_____      _____
Name: Mitchell D. Kapor

_____
Name: Paula Pretlow

_____
Name:  Ollen Douglass

DocuSign Envelope ID: ED85D0F1-A0BC-434D-8908-78D540ACEB88

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of Bitwise Industries, Inc., have executed this written consent as of the date first set forth above.

_____

Name: Mitchell D. Kapor

DocuSigned by:

*Paula B. Pretlow*

414F5BB5DA15411...

Name: Paula Pretlow

_____

Name:  Ollen Douglass

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of Bitwise Industries, Inc., have executed this written consent as of the date first set forth above.

_____

Name: Mitchell D. Kapor


_____

Name: Paula Pretlow

DocuSigned by:

*Ollen Douglass*

A6DDB5C0A00C4C0...

_____    _____

Name:  Ollen Douglass

**IN WITNESS WHEREOF**, the undersigned, being the sole member of Alpha Works Technologies, Inc., has executed this written consent as of the date first set forth above.

BITWISE INDUSTRIES, INC.

By: _Ollen Douglass_ _____

Name: Ollen Douglass

Title:  Authorized Signatory

**IN WITNESS WHEREOF**, the undersigned, being the sole member of BWRD, LLC, has executed this written consent as of the date first set forth above.

BITWISE INDUSTRIES, INC.

By: _Ollen Douglass_ _____
A6DDB5C0A00C4C0...
Name:  Ollen Douglass
Title:  Authorized Signatory

**IN WITNESS WHEREOF**, the undersigned, being the sole member of Bruce's Bagels, Beverages, & Bites, LLC, has executed this written consent as of the date first set forth above.

BITWISE INDUSTRIES, INC.

By: _Ollen Douglass_ _____

Name:  Ollen Douglass

Title:  Authorized Signatory

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alpha Works Technologies, LLC, | ) | Case No. 23-XXXXX (XXX) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-1008307 | ) | |
| | ) | |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the authorized officer of Alpha Works Technologies, LLC ("**AWT**") certifies that the following corporate entities directly own 10% or more of AWT's membership interest:

| EQUITY HOLDER | PERCENTAGE OF INTEREST |
|---|---|
| BW Industries Inc. | 100% |

**Fill in this information to identify the case:**

Debtor name    **Alpha Works Technologies, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑   Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2023**     X **/s/ Ollen Douglass**
                                      Signature of individual signing on behalf of debtor

                                      **Ollen Douglass**
                                      Printed name

                                      **Interim President**
                                      Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| BW Industries Inc., | ) ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) ) | |
| Tax I.D. No. 84-2292459 | ) ) | |
| In re: | ) ) | Chapter 7 |
| Bitwise Industries, Inc., | ) ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) ) | |
| Tax I.D. No. 47-1635652 | ) ) | |
| In re: | ) ) | Chapter 7 |
| BWRD, LLC, | ) ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) ) | |
| Tax I.D. No. 82-4789692 | ) ) ) | |
| In re: | ) ) | Chapter 7 |
| Alpha Works Technologies, LLC, | ) ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) ) | |
| Tax I.D. No. 82-1008307 | ) ) | |
| In re: | ) ) | Chapter 7 |
| Bruce's Bagels, Beverages, and Bites, LLC, | ) ) | Case No. 23-XXXXX (XXX) |
| Debtor. | ) ) | |
| Tax I.D. No. 82-5035590 | ) ) | |

## <u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS</u>

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Chipman Brown Cicero & Cole, LLP ("**CBCC**" or the "**Firm**") are attorneys for the above-named debtors (the "**Debtors**") and that compensation paid to the Firm within one year before the filing of the petition of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with this bankruptcy case is as follows:

| | |
|---|---|
| For legal services, CBCC agreed to accept: | $100,000.00[1] |
| Prior to the filing of this statement, CBCC received: | $100,000.00 |
| Balance Due | $0.00 |

2.      The source of the compensation paid to the Firm was:

■ Debtor BW Industries, Inc.        ☐  Other (Specify):

3.      The source of compensation to be paid to the Firm was:

■ Debtor BW Industries, Inc.        ☐  Other (Specify):

4.

■ The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

☐ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy cases until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

a.      advise in connection with the preparation of the petitions, schedules of assets and liabilities, statements of financial affairs, schedules of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;

b.      representation of the Debtors at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

---

[1]     Prior to the Petition Date and pursuant to a written engagement agreement, on June 9, 2023, the Firm received an $100,000.00 retainer for restructuring advice and bankruptcy planning for BW Industries Inc., Bitwise Industries, Inc., BWRD, LLC, Alpha Works Technologies, LLC and Bruce's Bagels, Beverages, and Bites, LLC (the "**Retainer**").  The Retainer was fully drawn and fully earned by the Firm.  All funds received from the Debtors were transferred from the Firm's attorney trust account to its operating account prior to the filing of this case.

    c.     representation of the Debtors as may otherwise be required to advise the Debtors regarding its rights and responsibilities as a debtor under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtors in these bankruptcy proceedings.

Dated:  June 28, 2023
       Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1313 North Market Street
Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:     (302) 295-0199
Email:        chipman@chipmanbrown.com
              olivere@chipmanbrown.com

*Counsel for the Debtors*

# United States Bankruptcy Court
## District of Delaware

In re   **Alpha Works Technologies, LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Interim President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 28, 2023**

**/s/ Ollen Douglass**
**Ollen Douglass/Interim President**
Signer/Title

**Creditor Matrix**

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 1701 Partners, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| 8x8 Inc. | 675 Creekside Way | | | Campbell | CA | 95008 |
| 8x8 Inc. | 675 Creekside Way | | | Campbell | CA | 95008 |
| Abel Reda | Address Redacted | | | | | |
| Adrian Ontiveros | Address Redacted | | | | | |
| Advanced Capital | | | | | | |
| Alberto Sandoval | Address Redacted | | | | | |
| Alicia Salazar | Address Redacted | | | | | |
| Amanueal Setargew | Address Redacted | | | | | |
| Andre Alabanza | Address Redacted | | | | | |
| Andrew Schroepfer Robertson | Address Redacted | | | | | |
| Anju Yeddu | Address Redacted | | | | | |
| Anna Page | Address Redacted | | | | | |
| Arizona Department of Revenue | P.O. Box 29085 | | | Phoenix | AZ | 85038 |
| Azeem Ullah | Address Redacted | | | | | |
| Bemnet Bemnet | 1090 43rd street apt 1 | | | Emeryville | CA | 94608 |
| Betelihem Hayle | Address Redacted | | | | | |
| Bill.com | 6220 America Center Drive, Suite 100 | | | San Jose | CA | 95002 |
| Bitwise Industries, Inc. | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| BLDG Serves, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Blue Shield of California | PO BOX 629032 | | | El Dorado Hills | CA | 95762 |
| Blue Shield of California | PO BOX 629032 | | | El Dorado Hills | CA | 95762 |
| Bruce's Bagels Beverages and Bites LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Bruktawit Wolde | Address Redacted | | | | | |
| BW Industries Inc. | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| BWRD, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Candida Haynes | Address Redacted | | | | | |
| Casey-Anthony Reyes | Address Redacted | | | | | |
| Celtic Bank | 650 Sentry Pkwy | #one | | Blue Bell | PA | 19422 |
| Christina Zurowski | Address Redacted | | | | | |
| Christopher Landeros | Address Redacted | | | | | |
| Colorado Department of Revenue | Taxation Division | 1375 Sherman St. | | Denver | CO | 80203 |
| Crystal Maldonado | Address Redacted | | | | | |
| Dale Cottrell | Address Redacted | | | | | |
| David Scott | Address Redacted | | | | | |
| Dawncherre Ellis | Address Redacted | | | | | |
| Demewoz Shiferaw | Address Redacted | | | | | |
| Diesel Funding | 1100 NE 163rd St | | | North Miami Beach | FL | 33162 |
| District of Columbia | Office Of Tax And Revenue | 1101 4Th St. Sw # 270 | | Washington | DC | 20024 |
| Dominique Key | Address Redacted | | | | | |
| Donnie Gil | Address Redacted | | | | | |
| Dustin Daves | Address Redacted | | | | | |
| Eddie Moreno | Address Redacted | | | | | |
| Eddie Valdez | Address Redacted | | | | | |
| Edward Arasato | Address Redacted | | | | | |
| Emma Contreras | Address Redacted | | | | | |
| Eric Lee | Address Redacted | | | | | |
| Ermias Mahtemu | Address Redacted | | | | | |
| Esperanza Quiroz-Perez | Address Redacted | | | | | |
| Esteban Solis Loya | Address Redacted | | | | | |
| Eyerusalem Abebe | Address Redacted | | | | | |
| Fabian Villasenor | Address Redacted | | | | | |
| Fedlu Mohammed | Address Redacted | | | | | |
| Francisco Avina Cortes | Address Redacted | | | | | |
| Futsum Nemariam | Address Redacted | | | | | |
| Gabriel Clemente | Address Redacted | | | | | |
| Gabriela Moreno | Address Redacted | | | | | |
| Garza, et al. | Bonakdar Law Firm | Attn: Roger S. Bonakdar | 2344 Tulare Street, Suite 200 | Fresno | CA | 93721 |

**Creditor Matrix**

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| George L Martinez | Address Redacted | | | | | |
| Greenline CDF Subfund XXXVI LLC | c/o Brownstein Hyatt Farber Schreck, LLP | Attn: Jay Spader | 410 17th Street | Denver | CO | 80205 |
| Greenline CDF Subfund XXXVI LLC | c/o GZ Impact Fund I, L.P. | 1324 15th Street | | Denver | CO | 80202 |
| GZ Impact Fund I, L.P. | 1324 15th Street | | | Denver | CO | 80202 |
| GZ Impact Fund I, L.P. | c/o Brownstein Hyatt Farber Schreck, LLP | Attn: Jay Spader | 410 17th Street | Denver | CO | 80209 |
| Halcyon Behavioral | PO Box 25159 | | | Fresno | CA | 93729-5159 |
| Hamilton | | | | | | |
| Hashtag Cowork, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Hiwot Beshe | Address Redacted | | | | | |
| Ilham Ramram | Address Redacted | | | | | |
| Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Irma Olguin Jr | Address Redacted | | | | | |
| Isabella Tannady | Address Redacted | | | | | |
| Isha Jain | Address Redacted | | | | | |
| Ivan Piceno | Address Redacted | | | | | |
| Jacqueline Martinez | Address Redacted | | | | | |
| Jaime Padilla | Address Redacted | | | | | |
| Jake Soberal | Address Redacted | | | | | |
| Janette Gutierrez | Address Redacted | | | | | |
| Jaren Johnson | Address Redacted | | | | | |
| Javier Guerra | Address Redacted | | | | | |
| Jazmin Plascencia | Address Redacted | | | | | |
| Jeffery Smith | Address Redacted | | | | | |
| Jesus Quezada Quezada | Address Redacted | | | | | |
| Jiaying Chen | Address Redacted | | | | | |
| Johnson Thieu | Address Redacted | | | | | |
| Jose Gallegos | Address Redacted | | | | | |
| Joshua Adams | Address Redacted | | | | | |
| Joshuah Gutierrez | Address Redacted | | | | | |
| Juan Lucero | Address Redacted | | | | | |
| Kedest Fentahun | Address Redacted | | | | | |
| Kendall Fuller | Address Redacted | | | | | |
| Kevin Harger | Address Redacted | | | | | |
| Kiana Kali | Address Redacted | | | | | |
| Laura Inman | Address Redacted | | | | | |
| Liliana Sandoval Jury | Address Redacted | | | | | |
| Lucy Hansen | Address Redacted | | | | | |
| Marc Franklin | Address Redacted | | | | | |
| Marnee Irby | Address Redacted | | | | | |
| Martha Alejandra Gonzalez Madrigal | Address Redacted | | | | | |
| Michelle Skoor | Address Redacted | | | | | |
| Michigan Department of Treasury | 3060 W. Grand Blvd. | | | Detroit | MI | 48202 |
| Mimia Chen Chen | Address Redacted | | | | | |
| Missouri Dept. of Revenue | Harry S Truman State Office Building | 301 West High Street | | Jefferson City | MO | 65101 |
| My Design Deals, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Nardos Yohannes | Address Redacted | | | | | |
| New Excambium LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| New York Life 990011132 | BOX 500 | | | Minneapolis | MN | 55440-0500 |
| Nicole Mendoza | Address Redacted | | | | | |
| Nobulali Ngala Burton | Address Redacted | | | | | |
| OMW APP, LLC. | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| On Deck Capital | 4700 W. Daybreak Pkwy., Suite 200 | | | South Jordan | UT | 84009 |
| Oxana Howard | Address Redacted | | | | | |
| Paige Davis | Address Redacted | | | | | |
| Pairoj Sansri | Address Redacted | | | | | |
| Paylocity | 1400 American Lane | | | Schaumburg | IL | 60173 |
| Racheal White | Address Redacted | | | | | |
| Rachel Gunnells | Address Redacted | | | | | |

**Creditor Matrix**

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Razia Sultana Shaik | Address Redacted | | | | | |
| Reyna Cordero | Address Redacted | | | | | |
| Richard Navarro-Hernandez | Address Redacted | | | | | |
| Roberto Escobar Barrios | Address Redacted | | | | | |
| Rojita Rayamajhi | Address Redacted | | | | | |
| Rosa Anguiano | Address Redacted | | | | | |
| Ross Charest | Address Redacted | | | | | |
| Ruhama Gari | Address Redacted | | | | | |
| Sarin Teiv | Address Redacted | | | | | |
| Scott Whitten | Address Redacted | | | | | |
| Scottsdale Insurance Company | General Counsel | One Nationwide Plaza | | Columbus | OH | 43215 |
| Sean Middleton | Address Redacted | | | | | |
| Shift3 Technologies, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Sisay Areaya | Address Redacted | | | | | |
| Sobrato Family Foundation | Attn: Christy Richardson | 599 Castro Street | Suite 400 | Mountain View | CA | 94041 |
| Sobrato Family Foundation | c/o Morrison & Foerster LLP | Attn: Susan H. Mac Cormac | 425 Market Street, FL 32 | San Francisco | CA | 94105 |
| Soliana Habte | Address Redacted | | | | | |
| Sonia Matta | Address Redacted | | | | | |
| Square | 1955 Broadway | Suite 600 | | Oakland | CA | 94612 |
| State of Alabama | 50 N. Ripley St. | State of Alabama | | Montgomery | AL | 36130 |
| State of California | State Board Of Equalization | 450 N Street, Mic:121 | | Sacramento | CA | 94279-0121 |
| State of Florida | Department Of Revenue | P.O. Box 6668 | | Tallahassee | FL | 32314-6668 |
| State of Georgia | Georgia Department of Revenue | P.O. Box 740321 | | Atlanta | GA | 30374-0321 |
| State of Hawaii | Hawaii State Department Of Taxation | 75 Aupuni Street #101 | | Hilo | HI | 96720-4245 |
| State of Illinois Dept of Revenue | Willard Ice Building | 101 West Jefferson St | | Springfield | IL | 62702 |
| State of Indiana | Indiana Department Of Revenue | 100 N. Senate Ave | | Indianapolis | IN | 46204 |
| State of Nevada | Department Of Taxation | 1550 College Parkway, Suite 115 | | Carson City | NV | 89706 |
| State of New York Dept. of Taxation And Finance | Bankruptcy Section | P.O. Box 5300 | | Albany | NY | 12205-0300 |
| State of Ohio | Ohio Department of Taxation | 4485 Northland Ridge Blvd. | | Columbus | OH | 43229 |
| State of Oklahoma | Tax Commission | 2501 North Lincoln Boulevard | | Oklahoma City | OK | 73194 |
| State of Pennsylvania | Pennsylvania Dept. of Revenue | 1846 Brookwood St | | Harrisburg | PA | 17104 |
| State of Texas | Texas Comptroller Of Pub. Accounts | P.O. Box 13528, Capitol Station | | Austin | TX | 78711-3528 |
| State of Virginia | Virginia Department of Taxation | 1957 Westmoreland Street | | Richmond | VA | 23230 |
| State of Virginia | Virginia Department Of Taxation | 1957 Westmoreland Street | | Richmond | VA | 23230 |
| State of Washington | Depart Of Revenue | P.O. Box 47473 | | Olympia | WA | 98504-7463 |
| State of Wyoming | Wyoming Department of Revenue | 122 West 25th Street, 3Rd Floor E. | | Cheyenne | WY | 82002-0110 |
| Suman Mainali | Address Redacted | | | | | |
| Susana Martins | Address Redacted | | | | | |
| Taofeek Badmus | Address Redacted | | | | | |
| Tesfaye Robelle | Address Redacted | | | | | |
| The James Irvine Foundation | One Bush Street, Suite 800 | | | San Francisco | CA | 94104 |
| Therese Dozier | Address Redacted | | | | | |
| Tiruwork Abebe | Address Redacted | | | | | |
| Trinity Windsor | Address Redacted | | | | | |
| Trishawna Brown | Address Redacted | | | | | |
| Tsion Gebrehiwot | Address Redacted | | | | | |
| Tyler Davis | Address Redacted | | | | | |
| Velocity Capital | 1700 Broadway | Suite 1401 | | New York | NY | 10019 |
| Wishon Row, LLC. | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Wosenyelesh Negussie | Address Redacted | | | | | |
| Yadeta Getachew | Address Redacted | | | | | |
| Yaritza Bejarano | Address Redacted | | | | | |
| Yes Capital | | | | | | |
| Yoona Oh | Address Redacted | | | | | |
| Youthdevelopment Corporation | 126 S Weadock Ave | | | Saginaw | MI | 48607 |